FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| ASHANTI JOHNSON, Ph.D., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CIRRUS EDUCATION GROUP, INC., ) <br> ) <br> Defendant. ) | CIVIL ACTION NO. 5:20-cv-256 (MTT) |

## ORDER

The Plaintiff, Ashanti Johnson, requests that the Court dismiss her claims under the Georgia Whistleblower Act (Count XII) without prejudice.  Doc. 47.  Johnson concedes that "it would appear from the case law that [Cirrus] would indeed be entitled to immunity under the Eleventh Amendment."  Doc. 47.  Under Federal Rule of Civil Procedure 41, "[a]n action may be dismissed at the plaintiff's request only by court order, on terms that the court considers proper."  Fed. R. Civ. P. 41(a)(2).  Because Johnson acknowledges that Cirrus is entitled to Eleventh Amendment Immunity dismissal is proper.  Doc. 47.  Accordingly, Count XII for retaliation in violation of O.C.G.A. § 45-1-4 is **DISMISSED without prejudice**.

**SO ORDERED**, this 22nd day of September, 2022.

S/ Marc T. Treadwell
MARC T. TREADWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT